673 A.2d 915

**In re Nomination Petition of John Hartwell HILLMAN, IV.**

**Petition of H. Woodruff TURNER.**

**Appeal of John Hartwell HILLMAN, IV, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 28, 1996.

Decided April 3, 1996.

Charles A. Knoll, Jr., Pittsburgh, for John Hartwell Hillman, IV.

Linda J. Shorey, Harrisburg, for H. Woodruff Turner.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

## *ORDER*

PER CURIAM.

The order of the Commonwealth Court is AFFIRMED.

NEWMAN, J. did not participate in the consideration or decision of this matter.